■ RICARDO TALLEY, Appellant, v OPRAH WINFREY et al., Respondents. [737 NYS2d 287] —Appeal from order, Supreme Court, New York County (Charles Ramos, J.), entered January 11, 2001, which granted the motion of defendant King World Productions to dismiss the complaint pursuant to CPLR 3211 (a) (7), unanimously dismissed, without costs.

Plaintiff states in his appellate submissions that he does not appeal from the motion court's determination to dismiss his action as against defendant King World Productions. This being the case, there is nothing left to appeal from since the only determination made in the appealed order was to dismiss the action against King World. Although plaintiff maintains that the appealed order dismissed the action against all of the above-captioned defendants, this was plainly not the case. King World was the only defendant to appear in the action and, accordingly, the only defendant against whom the complaint could have been dismissed pursuant to CPLR 3211 (a) (7). Concur—Sullivan, J.P., Rosenberger, Rubin, Friedman and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN GONZALEZ, Appellant. [737 NYS2d 283] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered September 9, 1999, convicting defendant, after a jury trial, of two counts of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of 1½ to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The court properly found that the complainant's subsequent corporeal identifications of defendant were not tainted by her immediate viewing, without any comment by the detective, of a larger copy of the identical photo she had just selected from a concededly fair photo array. Although the sheet on which the larger photo was printed included a profile view and some minimal information concerning a previous arrest, the complainant's initial identification from the photo array had been instantaneous and unequivocal (*see, People v Rodriguez*, 64 NY2d 738, 740-741). Concur—Sullivan, J.P., Rosenberger, Rubin, Friedman and Marlow, JJ.